RELATED PDJ

Brent L. Vangsness, In Pro Se
1308 East Colorado Blvd. # 282
Pasadena, CA. 91106



FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 CV-30
10 CV-71

**IN RE:.**

**UNITED STATES AGENCIES**

**V.**

**BRENT LOUIS VANGSNESS**

2:24-cv-05761-JLS-SP

CASE NO. _2019 DISTRICT OF OREGON #_
           _214-CV-0258 TOR_

**1983 PETITION FOR PRELIM-**

**INARY INJUNCTION AND**

**DECLARATORY RELIEF BASED**

**ON PERSONAL AND PUBLIC**

**INTERESTS**

## INTRODUCTION

Comes now Petitioner, Brent Louis Vangsness, who happens to be the defendant in multiple *false arrest* matters orchestrated by *agents and employees of the U.S. Government* who are acting **without:**

- Legal cause, notice of investigation, or signed waiver granting permission
- Documented approval from the Department of Justice (DOJ) or subordinate agencies
- Any showing that the complained about behaviors cannot be discussed currently, but is under scrutiny or review of departmental administrators
- Providing any Information or constructive response to telephonic inquiries

Petitioner has been repeatedly targeted by federal agents providing local officials throughout the west with **tainted** and **poisonous** false witness C.I. accusations that are made with **malicious intent** demanding that they initiate the encounter by searching the "suspect" or simply making the arrest, but also insisting that they not be identified as the source of the incriminating information. These agents take advantage of local officials by pulling rank or federal seniority, press them or demand without briefing them as to their history with the "suspect" and how many times the same scenario has been played out demanding compliance from other local officials.

# SUMMARY

Everything points to the conclusion that this conduct or policy is dictated by the agent's themselves and that they have either defected or are simply "out of control" with no supervisory staff or accountability. They must, however, be stopped as soon as possible. Because these agents are **acting under color of law** and are using equipment that clearly was, is, or should be government regulated and controlled (if it is allowed to exist) this case is constructively filed under **42 U.S.C. Section 1983**.

This matter is under the jurisdiction and sound discretion of this court because it involves exploitation of the justice system. Moreover, it concerns a **constitutional question** and involves **diversity of citizenship.** Per **Federal Rules of Civil Procedure Rule 65 (2)(a)** petitioner is requesting a preliminary injunction preventing these Justice Department (DOJ) employees and associates from continuing multiple immoral and unamerican behaviors targeting Petitioner, loved ones, and associates.

Petitioner asserts and contends more specifically that the small group of agents who work under a lead F.B.I clandestine field operative John James McNaughton or "jack" of Newport Beach, CA. who is also an A.K.A active Department of Homeland Security (D.H.S) agent known as David Jennings of Henderson Nevada. He and a small number of agents or officials with A.K.A. identities work both collectively and individually, deriving their power under color of authority magnified by and through government resources to provide poisonous and malicious false criminal accusations against petitioner and target him for other inchoate offenses enroute achieving primary objectives involving confiscation of bank account(s) and real property holdings that have unlawfully been stripped from petitioner"s access and possession. This activity violates **U.S. Constitutional amendments four, five, and six** in addition to **Eminent Domain** as there never has been any **just cause** or **due compensation** provided to the petitioner, the owner of confiscated bank accounts and real property. The **search and seizure** of the 170 acre ranch property which included the petitioner's home was **unreasonable.**. The prosecutors refusal to list squatting government agents who demanded the encounter with sheriff's deputies as confidential informants allowed the manufacture of **alternative cause**, which violates petitioner's right to **confront accusers - adverse witness'** and makes the entire prosecution biased, **malicious** and executed with **dirty hands**. Cumulatively this practice combined with all the other harsh mechanisms engaged against petitioner reveal conduct that is in violation of **Eighth Amendment** prohibition against **cruel and unusual punishment**.

Petitioner proceeds **In Forma Pauperis** at this time and prays that this court will grant his motion for waiver of filing fees and grant injunctive preliminary relief prohibiting the immoral-inhumane activity directed at petitioner, loved ones, and associates. Without peremptive relief intervention **irreparable harm** and injury will no doubt be suffered while no undue adversity will be imposed upon the respondents. [1] **This petition stands a very good chance of success** once consideration or review is underway. The opposition agent's strategy for success has simply been to keep the petitioner's voice or contest from being heard while stepping up adversity forcing him to fold.

# PRAYER FOR RELIEF

Wherefore petitioner prays and respectfully requests

- declaration concerning non-discriminatory practices toward a "free" citizen due to complications resulting from smear campaign rhetoric
- Order access or return of his account funds and other belongings so he can better survive conditions, in addition to his freedom and land rights as a U. S. citizen.
- Order allowing him to freely seek out proof of his sister Melissa's well being
- And a preliminary injunction per **Federal Rules of Civil Procedure Rule 65 (2)(a)**
- Any further relief deemed appropriate and just.

RespectfullY,

JUN 1 0 2024

039007

Date

JUN 1 0 2024

Brent L. Vangsness, Petitioner

---

[1] Petitioner is not aware of another plain speedy remedy at law or reasonable alternative where sought after relief may be had save for this petition filed here today, in this particular court. Petitioner genuinely believes that this petition is legally meritorious and that it has a strong chance of being successful on those merits in the end. The subject matter is of great importance to him, and is of substantial interest and concern to the public at large. We all have something at stake here .

7

Filed for Record at the
Request **of Brock, Carpenter,**
**McGuire and DeWulf, P.S.**
P.O. Box 249
Davenport, Washington 99122



**5024270**
Page: 1 of 2
01/15/2004 03:51I
Spokane Co, WA

SPOKANE, COUNTY TITLE CO    QCD    $20.00

## **CORRECTION QUIT CLAIM DEED**  ᴐᴎᴵᴴᴵᴐᴐ
### **(To Clarify Marital Status of Grantee & Correct Legal Description)**

THE GRANTOR, BERENT L. VANGSNESS, Trustee of the BERENT L. VANGSNESS
AND LORENE E. VANGSNESS REVOCABLE LIVING TRUST, for and in consideration of
clarification of marital status of Grantee and correction of legal description on Quit Claim Deed
dated December 26, 2001, recorded on December 27, 2001, under Auditor's No. 4670724, conveys
and quit claims to Berent L. Vangsness, a single man, as his sole and separate property, the Grantee,
all interest in the following-described real property, situate in the County of Spokane and State of
Washington, to wit:

> A Portion of the Northeast Quarter of Section 21, Township 26
> North, Range 41 described as follows: Beginning at the North
> Quarter and true point of beginning; thence South 693.53 feet; thence
> South 47°49'02" East 1005.20 feet more or less to Northerly right of
> way line of Coulee Hite Road; thence Northeasterly along said right
> of way line 555.01 feet; thence North 01°33'40" West 1100.05 feet
> more or less; thence West 1201.95 feet to point of beginning.
>
> Parcel No. 16211.9034
>
> SUBJECT TO: rights reserved in federal patents or state deeds,
> reservations, restrictions, land use and zoning laws, plat dedications,
> and restrictive and protective covenants, easements and rights-of-way
> of record or in apparent use; and existing or future municipal, county,
> state or other governmental or quasi-governmental assessments.

Vangsness.Berent.5128/RE/CorrectionQCD-fromTrust121603KE.LRM
QUIT CLAIM DEED

1

1/15/2004   MAG

$2.00   200400747

4



5024270
Page:  2 of  2
01/15/2004 03:51l
Spokane Co, WA

SPOKANE, COUNTY TITLE CO    QCD    $29.00

DATED this 5 of Jan , 2003, 2004

"GRANTOR"

Berent L. Vangsness

STATE OF WASHINGTON )
                    ) ss.
County of Spokane )

    I certify that I know or have satisfactory evidence that Berent L. Vangsness signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED this 5 day of Jan 2004 2003.

NOTARY PUBLIC

Danielle C. Campbell

Seal or Stamp)

Notary Public
State of Washington
DANIELLE C. CAMPBELL
My Appointment Expires Nov 30, 2006

Printed Name
My commission expires Nov. 30, 2006

Vangsness.Berent.5128/RE/CorrectionQCD-fromTrust121603KE.LRM
QUIT CLAIM DEED

2

5



4670724
Page:    1 of 2
12/27/2001  10:20A
VANGSNESS          $30.00   Spokane Co  WA

Filed for Record at the
Request of Brock, Carpenter,
McGuire and DeWulf, P.S.
P.O. Box 249
Davenport, Washington 99122

12/27/2001 KJS

$2.00 20019806

QUIT CLAIM DEED

THE GRANTOR, Berent L. Vangsness as Trustee of the Berent L.
Vangsness and Lorene E. Vangsness Revocable Living Trust Agreement,
for and in consideration of transfer out of trust to original
grantor per WAC 458-61-375(2)(i), conveys and quit claims to Berent
L. Vangsness, the Grantee, all interest in the following-described
real property, situate in the County of Spokane and State of
Washington, to wit:

Parcel  16211. 9034

A Portion of the Northeast Quarter corner
described as follows: Beginning at the North
Quarter and true point of beginning thence
south 693.53 feet thence south 47°, 49
minutes, 02 seconds, east 1005.20 feet more or
less to northerly right of way line of Coulee
Hite Road thence northeasterly along said
right of way line. 555.01 feet, thence north
01°, 33 minutes, 40 seconds, west 1100.05 feet
more or less thence west 1201.95 feet to point
of beginning.

SUBJECT to easement of record:  a mortgage
made by Maurice Laffray and Bessie Laffray,
husband and wife, to J.M. O'Donnell and
Virginia O'Donnell, husband and wife, dated
March 24, 1953, filed for record March 26,
1953 as Document No. 1608443, to secure the
performance of the provisions, stipulations
and covenants thereof, including the payment
of the principal sum of $3850.00, with

Vangsness.Berent.512B/Lit/Quit Claim Deed
Trust to Berent/11-20-01/sdh.1rm

1

*NOTE * PENCILED IN INFO ABOVE
IS WRONG
THE DEED CONCERNS THE
GREATER PROPERTY WHILE THE
EASEMENT ADDRESSES PARCEL
16211. 9034 IN PARTICULAR.

6



4670724
Page: 2 of 2
12/27/2001 10:20A
Spokane Co WA

interest, covering the North half of said property.

Parcel No. 16211.9034

SUBJECT TO: rights reserved in federal patents or state deeds, reservations, restrictions, land use and zoning laws, plat dedications, and restrictive and protective covenants, easements and rights-of-way of record or in apparent use; and existing or future municipal, county, state or other governmental or quasi-governmental assessments.

DATED this 26ᵗᵒ of _December_, 2001.

"GRANTOR"

_Berent L Vangsness_
Berent L. Vangsness

STATE OF WASHINGTON )
                    ) ss.
County of          )

I certify that I know or have satisfactory evidence that Berent L. Vangsness signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED this 26 day of _December_, 2001.

_Cathy Hester_
NOTARY PUBLIC

_CATHY HESTEN_
Printed Name
My commission expires _1-15-2005_

Notary Public
State of Washington
CATHY HESTER
My Appointment Expires Jan 15, 2005

Vangsness.Berent.5128/Lit/Quit Claim Deed
Trust to Berent/11-20-01/sdh.1rm

2

7

05/23/2012 10:49:50 AM        5094717
Recording Fee $62.00  Page 1 of 1
Release Of Mortgage      NATIONWIDE, TITLE CLEARING INC
Spokane County Washington

Return To:
JPMorgan Chase Bank, N.A.
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan #: 00419400968983

### DEED OF RECONVEYANCE

WHEREAS, **BERENT L. VANGSNESS** was the original Trustor, **FIRST AMERICAN TITLE CO** was the original Trustee, and **WASHINGTON MUTUAL BANK** was the original Beneficiary under that certain Deed of Trust recorded in SPOKANE County, Washington, under Document # 4673030, or Book , Page .

NE QTR SECTION 21, TOWNSHIP 26 N RANGE 41 E, W.M.
Parcel ID #: 16211.9034

**J.P. MORGAN CHASE CUSTODY SERVICES, INC.**, as successor Trustee under said Deed of Trust and as successor Trustee, having received from the Beneficiary under said Deed of Trust a written request to reconvey, reciting that the obligation(s) secured by the Deed of Trust have been fully satisfied, does hereby grant, bargain, sell and reconvey, unto the parties entitled thereto all right, title and interest which was heretofore acquired by said Trustee under said Deed of Trust.

Dated on 05/____/2012 (MM/DD/YYYY)

**J.P. MORGAN CHASE CUSTODY SERVICES, INC.**

By: _____
   **Deandrea Chapman**
   **VICE PRESIDENT**

STATE OF LOUISIANA
COUNTY OF OUACHITA

The foregoing instrument was acknowledged before me on 05/____/2012 (MM/DD/YYYY), by Deandrea Chapman as VICE PRESIDENT for J.P. MORGAN CHASE CUSTODY SERVICES, INC., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she is personally known to me.

_____
Bridget A. Clinton
Notary Public - State of LOUISIANA
Commission Expires: LIFETIME

**Prepared By:**
E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

CHAS6 16391247 _2 WAMU CJ3780140 RCNWA1

*16391247*

*[Handwritten annotations:]*

WHY WAS THIS DOCUMENT GENERATED
ERRONEOUS IN FLORIDA OF ALL PLACES?

?

BRENT WAS NEVER CONSULTED OR ADVISED ABOUT THIS

THE PROPERTY WAS SUPPOSED TO BE (IN THEORY) RETURNED TO ORIGINAL (TRUSTOR) BRENT L. VANGSNESS AS AN INDIVIDUAL. BUT THE BANK BASICALLY PUT IT BACK IN THEIR CUSTODY.
· THERE NEVER WAS ANY MORTGAGE.
· THE ONLY OUTSTANDING DOCUMENT THEY COULD BE REFERING TO WAS BRENTS GRANDFATHER CONCEDING FULL OWNERSHIP TO HIM IN A LAST RITES DIRECTIVE WHICH HAS VANISHED

"C"

8

# Quit Claim Deed

Form 468-I-Rev.

THE GRANTOR                    HELEN DELORES VANGSNESS

for and in consideration of  $10.00 and other consideration

conveys and quit claims to        BERENT LOUIS VANGSNESS

the following described real estate, situated in the County of        SPOKANE        State of Washington,
together with all after acquired title of the grantor(s) therein:

The northeast quarter of Section 21, Township 26 north, Range 41
EWM, Excepting therefrom Coulee-Hite County Road

**4059212**
Page:  2 of 2
12/04/1996  01:55P
Spokane Co. WA

Dated this        9).ND        day of  February        19H71.

STATE OF WASHINGTON, } ss.
County of   Kitsap

On this day personally appeared before me        HELEN DELORES VANGSNESS

to me known to be the individual   described in and who executed the within and foregoing instrument, and
acknowledged that   she   signed the same as   her   free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this  2 2  day of        February        19871.

Notary Public in and for the State of Washington,
residing at



# VERIFCATION

I, Brent Louis Vangsness, do hereby **certify and swear under oath and penalty of perjury** that the foregoing information and/or all contained within the hereto attached briefs are **true and correct** of my own knowledge, except to those matters stated on belief, which I believe to be **true.**

JUN 1 0 2024

_____

Dated

Brent L. Vaamgsness

## Certification of good faith

Under Federal rules of civil procedure rule 11, I certify to the best of my knowledge information and belief that this complaint [1] is not being presented for improper purpose such as harass cause unnecessary delay or needlessly increase the cost of litigation [2] is supported by existing law or by non frivolous argument for extending modifying or reversing existing law, [3] the factual contentions have evidentiary support or if specifically so identified will likely have evidentiary support after a reasonable opportunity for further investigation or discovery and [4] the complaint otherwise complies with requirements of rule 11.

JUN 1 0 2024

_____

Dated

Brent L. Vangsness, Petitioner

10

**MEMORANDUM**
**TO:** Court Clerk
**FROM:** Brent Vangsness, Defendant
**RE:** Case# 20 CR26951

Enclosed is a. Copy of the motion-petition that I believe needs to.address the court overseeing the superior Court in Multnomah County   requesting an alternative writ  mandating that the lower court proceed with the requested omnibus hearing per defendant's right.   As you know Defendant has been insisting on proceeding with motions to dismiss via suppression of *illegal line-up* and

No show of cause or tainted "legal cause"  being reported in place of actual cause which was poisonous C.I. accusations, which of course was;

- Confidential source who with *dirty hands* provided information leading to defendant, ELSE it most likely would have been an ordinary uneventful day for him.  Instead it led to:

- an UNDULY suggestive "show-up" line-up with only one suspect in handcuffs to choose from, which certainly resulted from a witness who was seriously mistaken or another foul play maneuver the informants-ex agents have become accustomed to getting away with

- And a variety due process violations post arrest that defendant hasn't even  had  a chance to object to considering the grid lock already in place preventing objection to events prior to and during arrest

Clearly there is third Party meddling going on here and by the look of things there is little question that everybody involved with this case on both sides of the courtroom has been approached or become acquainted with the confidential informants-ex agents was ho have selectively and maliciousl sought this defendant out time and again for self serving reasons. They have no business in intruding into law enforcement nor judiciary business particularly when their intentions are  in contrast with principles of equity and justice.

If there is anything more the defendant can do to assist in this problematic area, please don't hesitate to ask.

Regards,

Brent Vangsness, Defendant



Brent. L. Vangsness, esq.
Movant-Defendant

## IN MULTNOMAH COUNTY. DISTRICT COURT
## FOR THE STATE OF OREGON

**STATE OF OREGON**
    Plaintiff.

V.

**CASE No. _____**

MOTION TO DISMISS CHARGES
AND RETURN CASH BAIL IN THE
AMOUNT OF **$2,250.00**, GRANT
DECLARATORY AND INJUNCTIVE
RELIEF

**BRENT. L. VANGSNESS,**
    Defendant

### INTRODUCTION

Comes now the Brent L. Vangsness, the defendant in the matter pending before this court in case #20CR26951. Movant-Defendant addresses your honor on his own behalf and asserts that there is a genuine public interest at stake which he humbly takes on as he would his own. This motion offers the only reasonable means by which sought after relief may be had. Defendant is entitled to said relief. It was an abuse of the court's discretion to set the trial to begin in less than a week, because the defendant's attorney was opposed to trial and had his mind set on getting the best plea offer possible while the defendant believed that neither a trial nor a plea would be necessary *"if the court would simply hold the darn omnibus hearing for gosh's sakes!."* Twice in open court he requested a hearing to challenge probable cause and the illegal line up that he would address In Pro Per if necessary, but the court referred him back to his "lawyer". **Specifically, the defendant seeks ...**

1. **An order to hold an "omnibus" hearing. It was required from the point when the defendant first began asking the court for a *probable cause hearing.* THE CHARGES COULD VERY WELL HAVE BEEN DISMISSED OUTRIGHT AT THAT POINT. Instead the court left the defendant with the task of asking the Public Defender to recuse himself which he ultimately did. Defendant went two months without meeting his newly appointed counsel or insisting that the requested hearing be held and then one day with just a stand in rep for appointed counsel present and a new judge on the bench the case was simply set for trial in a week.**

2. **The return or refund of the $2,500 cash bond that defendant posted from the jail via "self-bail". $2,500 is owed the defendant upon conclusion of the case, or when so ordered**

3. **If the court would be so kind as to rule on the illegality of the ongoing practices exhibited by the agents involved and retroactively order his record to be expunged based on their previous activities involving him where the courts were not aware of it at the time of adjudication.**

4. **Defendant was not on any parole or probation supervision following his release in 2010 yet he has been stalked and terrorized by these government agents ever since. A court order in the form of a *alternative writ* or *cease and desist* order concerning all government related and private monitoring activity, including virtual and physically intrusive contacts, surveillance, and communications, which depending on degree of invasiveness and harm caused intended can and do lead to undue sanctions, false imprisonment, and much worse.**

5. **A general order that otherwise prevents continuation of the herein described over-all atrocious and immoral C.I. and property confiscation activity, abuse of process, exploitation of law and law enforcement that has been exhibited by these ex-agents - informants. They must be fully separated from their past or present government positions, stripped of any licenses or credentials and prohibited from gaining access to resources and equipment that will be henceforth regulated and guarded.**

As for the instant criminal case or allegations under this court's jurisdiction the defendant does not know any of the persons or parties involved and was not at the location nor anyplace near the alleged victim on the night in question or ever.  Defendant's **name and location were simply supplied by the agents-informants who were components and cause of the illegitimate posse subsequently formed to capture him as perpetrator of the alleged crime.**  Brent Vangsness is **absolutely innocent.**  NOT GUILTY!

With respect to the instant brief and the submission of documents, formating, and the local court rules or technicalities regarding how to formally address this matter, the Defendant simply asks the court to "be patient" and "consider the Supreme Court's consistent holdings when it comes to self represented defendants in that:

**"Pro se indigent litigants or defendants must be held to less stringent legal standards than those of a licenced attorney or legal representative".**

This motion is filed under **Oregon Court Rules section 5.92** which permits the filing of *supplemental pro se briefs* and **Oregon Revised Statutes section 135.037** which allows the scheduling of a *pretrial omnibus hearing* prior to trial so the defendant can:

- **(a) Move to suppress evidence**

- **(b) Challenge the Identification process**

- **(c) Object to the accusatory instrument**

THIS MATTER INVOLVES THE PARTICULARS OF SPECIFIC ALLEGATIONS IN THE MATTER BEFORE THIS COURT AND AN ONGOING CONTINUOUS UNETHICAL OR CORRUPTED PRACTICES OF GOVERNMENT AGENTS WHO FRAUDULENTLY OBTAINED AN ORDER BANNING HIM FROM HIS LAND AND SIT ON HIS PROPERTY WITHOUT HIS PERMISSION CASTING STONES IN THE FORM OF ANONYMOUS CONFIDENTIAL ACCUSATIONS WHILE SEEKING TO ELIMINATE HIM AND GAIN ALL HIS WEALTH AND BELONGINGS FOR THE GOVERNMENT AND THEMSELVES. THE PRESENT BEING JUST ONE OF MANY INCHOATE MATTERS, THOUGH RATHER SERIOUS.U

In the present matter the defendant is concerned over denials of his due process right to a pre-trial hearing challenging the legal cause for his arrest and restraint. He asserts and contends that there are legally meritorious grounds under which his contest is based. Defendant asked the judge a couple of times in open court to allow him to file a *motion on his own behalf to order dismissal* or hold a hearing on topics he assured were based on legitimate issues having to do with p*robable cause* and an *invalid i.d. process etc.* but each time he was deferred or sent back to talk it over with his assigned attorney, WHOM HE CONTACTED ON THE PHONE BUT NEVER SHOWED FOR A SINGLE HEARING IN TWO YEARS. Defendant's intention to file a motion to dismiss or hold the desired hearing was well known as his assigned counsel and the judge were on notice early on. Finally, after much convincing his counsel agreed to withdraw or dismiss himself from the case. After the assignment of a replacement attorney, an appointee from the public defender's office he made these issues known to him as well. THIS GUY ALSO FAILED TO SHOW UP AT ANY OF a THE HEARINGS WHICH WAS ALL THE REASON THE COURT SHOULD HAVE HELD THE HEARING OR DISMISSED THE CASE IN ANTICIPATION OF THE DEFENDANTS REQUEST, BUT AS " LUCK" WOULD HAVE IT A DIFFERENT JUDGE APPEARED ON THE BENCH on the date of the next telephonic hearing. The new judge turned and asked an impromptu stand in public Defender for replacement attorney Mr. Gilbert who was not present if Mr. Gilbert was ready to proceed with trial? She answered "yes" and thus the trial was ordered or scheduled to begin a week later. IS THIS IS NOT THE BEST OUR COURTS CAN DO BUT A SIGN OF SOMETHING ELSE. SOMETHING MUCH WORSE WHICH I BEG TO EXPLAIN.

Defendant made it clear to all that he would not be taking any plea offers and that he would go to trial before so doing. However, none of this took priority over the fact that

the case was full of procedural flaws that reflected his innocence and would free him if hey could just get the court to examine the matter ... All this stalling out suits the informants and prosecution effort not to be forced to reveal the tainted accusations of informants who provided it in bad faith as they have many other times and effort not to reveal informants identity and how they avoided discovery. The decision to skip any mention of a motion or hearing and setting the case for trial was *an abuse of courts discretion*. The opposition-informant agenda *to* maintain anonymity was served and the defendant was denied any opportunity to contest their atrocious intrusive behavior of exploiting the justice and judicial systems to perform attacks upon the life and liberty of the defendant time and again.

## STATEMENT OF FACTS REGARDING THE INSTANT MATTER

Before going on, the defendant would like the court to know that he realizes that one of his biggest challenges is getting the court to read between the lines and rule regarding something that may not be in the reports or documentation. But that's one of the things that makes this case so clear ... The same Informants targeting the same individual (for unjust reasons) over and over is something that everyone should be aware of and each instance where it is kept off the record makes it that much easier for these guys to do it again the next time.

O.K. let's start from the beginning. One evening on his way from Portland to a friend's house in Hillsboro OR. The Defendant in this case, Brent Vangsness, decided to pull off the freeway midway along the way, somewhere in Beaverton OR. He drove through winding forest road which are always nice. He had some writing to do so when he came upon a peacefully looking church he pulled in. An LDS church with a horse-shoe parking lot around the main building. He parked his car in the rear which would be the center of the closed end of the horseshoe. After what must have been a couple of hours he noticed the repetitive sound of a nearby siren which caught his attention not so much because of the intrusive noise but because it kept starting and then stopping. It went on for a while without closing the distance between it and Brent or increasing the gap between them either.. Brent decided it was time to go. He didn't think much of it at first but when he came to the lip of the driveway near the road. A figure in a dark trench coat approached his car door window suddenly, which startled him into pressing the accelerator and darting down the road. He looked in the rear view mirror to see if the figure was chasing him or what, but he could see the red cherries and blueberries reflecting off the neighborhood House walls and vehicles parked in the road. Another block and he pulled over. A minute or two went by and in vehicles and on foot the officials came. After peeking inside a moment they told him to roll down a window, which he did. The subtle line of questioning seemed to go nowhere. He told them about the figure closing in on him after he had been sitting there at the church writing. At one point an officer came up to the one or two that were talking to the defendant and reported that the parking lot security video camera confirmed that he had been in **HIS CAR** for two hours without exiting the vehicle. This seemed to have little effect on the interview process and in fact they directed him to get out of the car and stand outside with

them So they could speak more easily in continuing the "conversation". Brent noticed that one of the two main officers involved kept talking to somebody on the cell phone and seemed to be following orders from it. His conduct was in sync with or directed by the person on the other end. Certainly that is the source of the order to place him in cuffs and place him in the back of the SUV prior to standing in a one man line up.

Defendant is certain one officer came to the central group and reported to the officer conducting the interview or questioning of the defendant and exclaimed "his story checks out ... The security cameras in the church parking lot show his silver Buick pulling in the driveway then headed to the rear where he parked facing inward toward the church building and stayed there for about two hours without getting out of his car. Then, after about two hours another camera shows him going the rest of the way around to the driveway on the other side" (U-shaped parking lot around the church with ingress and egress)

He even let them talk on his cell

phone to his friend to verify that he had a place to go and had been staying there fairly routinely. His thoughts were that they were picking him up for vagrancy and that Proving that I had a place to go would be the end of it but instead he was placed in the back of the Washington County beaverton police vehicle in handcuffs. Minutes later a Portland police SUV drove up and parked caddy corner across the street. Brent was directed out of the vehicle and told to stand there and look into the spotlight shining diagonally from across the street.   30 seconds to a minute later he was taken back to the rear seat of the Beaverton SUV. Looking out the window he noticed the suv windows were tinted then suddenly two figures hunched over in the shape of a 7 scurried out the far rear door and off into the night in the opposite direction. The defendant was then taken out of the Beaverton SUV, changed handcuffs to match the department, then was to be taken in the "witness' 'SUV marked Portland PD where one lady officer in the front seat we drove all the way to the jail before she told him anything. Brent was shocked to find that he was being arrested and charged with 2 counts of robbery plus! He was incredulous.

When it came time for court a day or two later he hoped to point out exculpatory evidence and lack of probable cause. There was no opportunity the first day and then a second hearing also went by without giving him any opportunity to speak. Apparently the grand jury hearing went on without him, or didn't occur at all. A phone call to his family that evening revealed that according to the web or internet his charges had been dismissed and there was no grand jury indictment. He expected to be released within a day or two but he received a piece of paper ⁸tated that he had in fact been charged with five felony counts. He complained to his attorney who was appointed the next day but nothing was ever done. There were legitimate legal grounds for dismissal but never an opportunity to contest.

## .GENERAL AUTHORITIES IN SUPPORT OF MOTION

This motion is also authorized by **Oregon Revised Statutes ORS 16.260** and **ORCP Rule 21**

which address the state's failure to state a claim  and insufficiency of evidence.  **ORS 133.673**

and **ORCO Rule 4.060**  permits the defendant to file a motion to dismiss.  Moreover, the right to

*due process* is guaranteed by the **Oregon constitution section 9** and the *fifth* and

*fourteenth amendments* of the.**U.S. Constitution**.  Also relevant as discussed previously is

the period in which defendant was not duly represented in court which raises **Sixth**

**amendment right to** *competent legal representation,* and right to *self representation* during

the period in which there was one delay after another and the defendant was denied his

requests to enter a motion *for dismissal* on his own behalf until finally the original counsel

agreed to remove himself.  Two months later the court wishes to proceed with trial but  a stand

in for new counsel did not object and make arrangements for the requested hearing

DEFENDANT HAS ALWAY SO INSISTED ON THE REQUESTED HEARING BEING HELD
\
FIRST AND FOREMOST.  There's a pretty good reason why the hearing is being avoided and

that is because the informants who initiated the stop by introducing Brent Vangsness' name

were not recorded. Defendant has a *sixth amendment*  right to *confront his accusers*.

*Due process* infringements run rampant throughout this case.  The abuse of process is  of *anti*

*S.L.A.P.* litigation in light of all the others which violate defendant's **eighth amendment** right *to*

*be free from cruel and unusual punishment.*  Rest assured, before all is said and done that

there will be no doubt in the court's mind that this defendant and his family have been

subjected to conduct or behavior that imposes consequences that are both *unusual and cruel.*

### *Procedural Due Process Violations*

**Per <u>ORS 133.673 the defendant</u> moves this court to issue an order to suppress any and all "evidence" obtained <u>without probable cause</u> and and during activity or which violated his right to <u>due process</u> and other rules of law in place to prevent mistaken deprivations of property or liberty. <u>U.S. Constitutional amendments four, five, and fourteen.</u>**

1. **No probable cause** to stop him or detain him, even going so far as to direct  him to step outside of the vehicle and continue questioning, nor no legal cause to perform a detainment site line-up.  There was never any reason to approach the defendant other than that provided by the informant we have yet to be identified.  The siren was a lure to create an encounter. wasn't anybody considered unbiased present in the vehicle at that time to make sure that there were no overt gestures or illegal communications going on between the officer and the alleged witness.  There was however a second person exiting the vehicle with the alleged witness at the conclusion

2. Despite what may have been reported the actual *probable cause* or spark that led to official's encounter with Brent in the first place was the result of tainted information provided by **unidentified Informants** who have been doing so rather routinely y and unlawfully for quite some time without being held accountable

3. Alt*ernative case construction* in reports altered actual probable cause provided by tainted informant accusations and replaced it with something else so that the informants identity and *dirty hands* would not be revealed

### *The identification process was unduly suggestive*

- JUST ONE SUSPECT TO CHOOSE FROM.

-  HE WAS ESCORTED OUT OF THE VEHICLE IN HANDCUFFS IN FRONT OF THE ALLEGED WITNESS

- THEN TOLD TO STAND AT THE SIDE IF VEHICLE IN  FRONT OF OFFICIAL LOGO AS S BACKDROP WHILE MULTIPLE OFFICERS SURROUNDED HIM giving the

appearance that 1 got their guy ... perhaps the witness (if the false i.d. was not intentional) shouldn't make things difficult by sending them back out to look. Defendant stood there facing the spotlight as directed. All the emphasis or pressure then on the witness described as an immigrant under the age of majority which quite possibly includes an increased susceptibility to being improperly × by those around him. **And lets face it, somebody wasn't/isn't being honest in reports providing reasons or explanations for probable cause if other than the informants was listed.** Defendant was escorted in and out of the police vehicle in hand-cuffs with multiple officials surrounding him

**An UNDULY SUGGESTIVE lineup violates due process. Also, when done by mistake identification ORS 162.075**

Also, the conditions were very poor for making an I.D. from. within a vehicle looking out the tinted window from caddie corner across the street with just a spotlight in the late night darkness.

2

**⁹USE OF UNIDENTIFIED CONFIDENTIAL INFORMANTS TO PROVIDE TAINTED ACCUSATORY INFORMATION THEN FAILING TO REVEAL THEIR CONTRIBUTION IN REPORTS OR FOR DISCOVERY PURPOSES REVEALS THE PROSECUTION'S DIRTY HANDS PARTICULARY WHEN THEY SUBSTITUTED A MANUFACTURED ALTERNATIVE SHOWING OF CAUSE VERSUS WHAT ACTUALLY TOOK PLACE. WITHOUT THAT ALTERATION MANEUVER THEY COULD NOT HAVE CONSIDERED THE DEFENDANT A SUSPECT AND HENCEFORTH NO REASON EXISTED TO ENGAGE HIM AS THEY DID.**

Brent also has a right to **discover** all information the prosecutor has in his possession which should include information sources that led to his detainment and arrest. From the brief moments Brent had viewed initial reports he does not believe that the existence of agents/witnesses who provided the reason or probable cause to mobilize a search party for him was documented. However, several reasons individually and cumulatively indicate that to be the case. THE defendant had a right to be informed of the identity of an informant **ORS 133.703**

1. How did a search party stumble upon Brent parked at the LDS church (in his own car with his own working phone which he used with officials)?

2. Are there any indications from reports that *alternative construction* for *probable cause* occurred and that the true reason for the encounter lay with the tainted information provided by informants with dirty hands.

3. Brent is certain that an unidentified source provided the information leading authorities to him on the night of arrest mainly because of:

- PREVIOUS EXPERIENCE WITH SAME INFORMANTS FRAMING HIM AND CREATING SITUATIONS WHERE HIS BEHAVIOR WAS INDUCED

- INFORMANT'S BEHAVIOR HAS BEEN CONTINUOUS AND ONGOING

- THE INSTANT MATTER HAS MANY SIMILARITIES TO OTHER INSTANCES

- THE CONDUCT OF OFFICIALS ON SCENE WAS OF CONFUSION

- THE ENTIRE OPERATION WAS DEPENDENT ON DIRECTION FROM SOMEBODY ON A CELL PHONE DIRECTING THE GOINGS ON.

- BRENT KNOWS THAT HE IS ABSOLUTELY INNOCENT AND THIS IS THE ONLY EXPLANATION FOR A MIX-UP OF THIS MAGNITUDE

- OTHER POST ARREST INDICATORS SUCH AS THE BEHAVIOR OF THE COURT AND PROSECUTION WHICH INDICATES THE PRESENCE OF AGENT MEDDLING/ TAMPERING TO

  - ELIMINATE LOOSE ENDS TO AVOID DETECTION

  - SEEK CONVICTION WITHOUT EVER ALLOWING THE CHARGES TO BE CONTESTED IN A MEANINGFUL WAY.

Without question **fifth and sixth amendment** rights violations occurred, including elimination of

*right to confront adverse witnesses* or accusers. By circumventing protocol and procedure to

introduce tainted information the informants were *illegally stimulating the legal process* **ORS**

**162.155** and while seeking *false arrest* and deprivations of *liberty they Knowingly initiated*

*false reports* which is in violation of **ORS 162.065** Brent tried to convince his attorney from the

public defender's office and to yet raise these issues within the first 30 days but was not able to.

Not then or at any time. Instead the Public Defender wanted to focus on assessments that

were advantageous in obtaining a favorable plea offer etc.

### *Post arrest due process violations*

This motion provides the first opportunity for this matter to be heard due to lack of adherence to procedural due process. According to the Oregon Revised Statutes Brent had a right to be present or submit evidence on his behalf at the Grand Jury indictment proceeding. **Due Process consists of fair hearing and notice,** neither of which he received.

He also had a right to be represented by a licensed attorney at the hearing, which did take place; it's unlikely that anybody qualified to speak on his behalf,and on any of the bona fide legally meritorious issues.

1. Brent was not given an opportunity to speak or present exculpatory evidence at any Grand Jury proceeding prior to issuance of (actual) indictment,

2. No counsel made themselves available to hear Brent's complaint nor the existence of exculpatory evidence prior to attending any Grand Jury proceeding. The fact that he wasn't notified of assignment of an attorney until a few days after scheduled hearing leads one to believe he was not represented by counsel.

3. There is conflicting information as to whether an actual indictment was ever handed down.

The cases pending can and should be dismissed due to post arrest due process violations .

### **CONCLUSION AND PRAYER FOR RELIEF**

Defendant Brent Vangsness hereby asserts and contends those providing the accusatory instrument to prosecute him are not seeking justice, to secure settlement bank accounts and 170 acres of prime northwest property just outside of Spokane Wa.. He is innocent in the matter before this court. He also contends that the government's response to his situation has been "suspect" at best. By not condemning the behavior of the ex-agents-informants in any capacity they permit it to continue. Selectively targeting the same defendant then getting the prosecutor to join in on their *malicious and no probable cause* having a mission violates **ORS 162.375**. The pre-selection of the suspect to be prosecuted by the same accusers time and again without any conscionable reason is a travesty of justice. Defendant respectfully requests to that the following prayed for relief be granted

1. Rule on the inadmissibility or suppression of the accusatory instrument as it is part f the *alternate case construction* which is not a truthful part of the record then dismiss the case on grounds that there is no longer any basis to proceed with existing charges

2. **circumvention of procedure** was required to cover up the actual accusers(s). Failing to introduce the name(s) and how they came upon such information reveals **unclean hands** that the prosecutor is working with. His entire effort can be distrusted along with the information supplied by the reporting employee. The entire case could be thrown out and dismissed on that level.

3. Rule that the **extremely suggestive** show-up line up which ruined any chance for an in court ID is inadmissible leaving nothing to link defendant, or

4. CASH BAIL in the amount of **$2,250.00** must be returned to the defendant immediately or as soon as possible. Defendant has a constitutional right to "reasonable bail" and that means return of that money after doing everything that could be reasonably expected of him.

5. **Declare that the opposition has engaged in m*alicious prosecution* etc.** which could set the stage for a **Cross - complaint for** an **Anti - S.L.A.P.P.** suit. Intended to prevent the instigator(s) and informants from continuing the **abuse of process** and **misuse of judicial resources** in the criminal court system. It is very much like an over litigious plaintiff who overwhelms a vulnerable party in the civil courts but with bogus charges instead of frivolous suits..

6. All possible efforts to remove the informants from positions involving use of government equipment that is currently being misused. Strip all access to dangerous tools and remove them from the possession and control of these disgruntled former employees and associates..

7. Provided the defendant was with an FOI act or general legal use disclosure of information that concerns him. order bank employees to override non legit authority of the person-entity anonymously dictating personal-financial objectives including the distribution of liquid, land, and property wealth while keeping Brent out of the loop

8. Issue an order prohibiting these agents or ex-employees from physically or virtually stalking,or performing electronic tracking and/or monitoring this defendant and/orr his family members, friends, or colleagues without first obtaining permission via court order in which due process opportunity to contest has been afforded defendant prior to being acted upon so to avoid any unnecessary setbacks or liberty deprivations.

Any further relief deemed appropriate and just.

.

Respectfully,

_____          _____
Date                                              Brent. L.  Vangsness,  Defendant


## **VERIFICATION**

I, Brent L. Vangsness, the movant-defendant in the matter now pending before this court do certify and solemnly swear under oath and penalty of perjury per the laws of the United States that the forgoing information is true and correct of my own knowledge except to those matters stated on belief which I believe to be true.


_____          _____
Date.                                             Brent  L.  Vangsness,  Defendant


## **PROOF OF SERVICE**

I, Brent L. Vangsness, am a party to this matter. I am over the age of 18 and am a citizen of the United States. I hereby swear under oath and certify that I sent one copy of the original document "Motion to suppress" to appointed counsel for the defendant and **Multinomah County District Court**

## APPENDIX

### INTRO

So, we've seen pretty clear and convincing proof that there are  in the lives of Vangsness family members that appear to be stemming from their traditional legacy-livelihood which was centered around horses.  Just 3 were left at the end.  Last count were a thoroughbred Arabian  and a couple of huge "paints' '.  "The place was always known as "The Ranch" within the family and although it was never intended to be parted with, the elders were reasonable enough to know that if for good reasons they had to sell... then so be it.  It was never about money to any of them.  They lived by very modest means although selling could set the entire family up to rest easily indefinitely.  According to Brent, to the best of his knowledge, nobody approached any Vangsness with a serious offer or even a consolation including some type of warning that the place was coveted by some low-down despicable fools who would stop at nothing if they didn't hand it over.  If the purpose suited his conscientious, patriotic or dutifull side or fulfilled an important requirement the nation, state, or ideology-politics supported then by all means... give us a fraction of its true worth and put the name "Vangsness" on a plaque and we'd all be better for it.  Unfortunately however, there are those who insist on getting something substantial for nothing

 Aerospace engineer and western saddle horseman, Artist and ranch er were Grandpa's identity.  Along with his own work a significant collection of famous Cowboy Artist canvas oil paintings and wood carvings used to decorate the walls of the main house giving the guests and inhabitants both an entertaining and unique museum-like experience along with a unique cozy sense of home with VIP treatment for the unique peek inside the livelihood of the owner of a chateau.

### RANCH PROPERTY

The 170 acre Ranch Property located about ten miles out of town has been in the Vangsness name for generations ...

    21.26.41. EWM is situated in Spokane County, Washington.

    It has been broken into 14 Parcels ranging from or between 16211.9024 to 16211.9057

There are many unique characteristics and geographical qualities that make this gem worth many times over the appraised value, but some of those aspects are considered classified and will not be discussed in detail at this time.
The ranch property was in Brent's name as far back as 1971 via a generation tax skipping maneuver so this attempt to put him away indefinitely was definitely an effort toward that end of securing the 'prize".  The 170 acres includes thousands of pine trees, a year round creek,  and fertile farm soil in an all  inclusive self contained valley with one ingress=egress about a thousand feet above.mini-metropolitan Spokane WA.  The Vangsness Ranch was home to stud

"paint" and Arabian quarter horses among others with a full equestrian facility layout, coral, pens, tac room, hay barn, troff and free range pasture with seven human residential structures or homes stretched along the northwest lower valley slope. Jumbo towers and power line easement running atop the hill and Coulee Hite road running central near the creek, all running parallel to the valley walls.

The trouble is that this beautiful place is coveted for reasons not mentioned by those who are motivated by greed.

## OTHER FACTORS

Also sought was Brent's portion of a seven to twelve million dollar settlement account and legal award for erroneous conviction 2008 -2011 and PTSD disability back pay resulting from 26 year false imprisonment. after being selectively accused and prosecuted in a 1984 homicide ibyJohn McNaughton. In a matter in which he himself was a part of in orchestrating, the death of his Son Scott McNaughton (svp). Although both he and Kent McNaughton (younger son) knew that the neighbor who had it in for Scott. Having stabbed him 20 times with an ice pick Kent testified that he felt that Brent had murdered his brother. John forced the Newport Beach police Dept. and D.A. to focus solely on Brent as the suspect/defendant

## **THE OPPOSITION**

What could be said in defining the opposition that isn't described in the portrayal of the different incidents, events, or aspects there of course that give the reader the sense of color that provides a better, more comprehensive picture. The trouble is deciding whether further explanation on any included category is redundant or not. Or perhaps if it borders on infringement upon that which would be labeled as "classified" or "confidential" calling for sanctions and censored right out for any superfluous mention.

The opposition is at its core mainly comprised of current and ex government, judicial system support industry employees. This provides advantages that Brent and other civilians do not have due to access to information systems if not the employees that man them. They Excel in exploiting vulnerable areas and people. In addition to what they take with them from the job via experience they take equipment and how they can perform in ways that appear to be legitimate but are not. Sometimes nobody but the tattle tail or group is physically at the spot where info is being passed Other times officials can be seen carrying on an in depth or detailed conversation where the person on scene is literally being told to "arrest him". Through exclusive use of the modus operandi and not having to appear in person or by cell phone credentials are inferred by the control of the equipment

How would somebody else gain possession of regulated broadcast tools? Such ambiguity provides just enough doubt or validity either way to cause one to second guess any objection.

To he Informants are well known for temper tantrums and jump to retaliate with these tools that bespeak authority and carry with them the color of LAW that the promise we'll come crashing down on disobedience

!While there are 3 leaders who began the persecution of Brent decades ago at least as far back as 1983, but much longer according to them but there are other core operatives who occupy the property, or hold key jobs and positions with t value ith w the effort whom are within the primary core amounting to a handful of people who additionally are in the group. The rest are those who have been invited, solicited, or are otherwise under coercive control of those operating the equipment. While the vast majority of Damage has been done via the *modus operandi* and power derived from the *color of law* in a variety of activities associated with terror there are also significantly prominent, although fewer events, in which members of the core group and opposition leader personally appeared and made certain that incriminating information was delivered and responded to by the officials whom the leader seemed to direct as if speaking from a position of seniority or superiority.

Beginning with Kent Mcsughton who, despite knowing that the neighbor whose doorway Scott arrived in that night in 1984 was the one who was responsible for his brothers death, stabbing him some 20 times in the torso with an ice pick according to both Kent and his alleged Father after walking on his own volition from his condo at least 200 feet downstairs to the neighbor's condo whom most everybody knew had threatened to kill Scott if he didn't stay away from his son. Kent felt strongly but prosecuting Brent probably because he didn't know until his alleged father who had first hand knowledge had told him and shown him proof. When that occurred is not clear but He testified on the stand during the 1984 trial that Brent had murdered his Brother. HiHe jury admonished to disregard the illegal lay opinion, but is that possible.

With Scott and Kent's associate "Frank" the biggest Tattle tail of all by number of attempts accompanying him and the father in the courthouse halls and peeking through the courtroom door window mocking a finger slicing across his throat saying "You're dead!" over and over and over and sudden arrival of a female college class to intimidate or embarrass him against the revealing testimony about the SVP behavior he had to endure the teenager with no financial-legal resources and little over an 8th grade education was simply overmatched.

The guy appearing as John james McNaughton, who went by "jack" they say was busy obstructing and tampering with witnesses and evidence behind the scenes but come trial time he had the best seat in the house. The middle aisle side of the prosecutors table is directly facing and closer to the judges bench and witness stand than anybody else. He periodically passed a note to the D.A. and never offered Brent more than a side-rear profile when Brent was escorted in from the side door and sat at the defense table not quite parallel to him. An interested party sitting with the D.A. while the jury is empaneled is unheard of before or since.

**WHY IS THIS IMPORTANT?**

It shows the early overzealous actions and attitude of the McNaughtons to hold a troubled but innocent teen aged kid responsible for a crime that he should not have been charged with. Even assault with a deadly weapon would have been well mitigated by the decedent's serious misconduct.   Moreover, it demonstrates an early effort to prevent the truth from coming out and attention off of those who benefited the most by Scotts death who with a conviction would not be scrutinized.   Ironically, the same type of abuse of process and exploitation of the justice system we see today from these same characters was being practiced 37 years ago. Their M.O. remains strategic elimination of people via improper accountability and false imprisonment.

Taking over some day was something that his elders discussed with Brent even from an early age and as far back as 1971 Brent's name appeared as the co-owner of 170 acre family ranch property.

Brent Vangsness,   August 6, 2023

## MIA FOLKS

Brent Vangsness has been exploited, mistreated, and under extreme duress after long time enemies within the government have turned to extreme terror while conducting a multi-faceted attack on him and his family.  For a long time the perpetrators have held the health and well being of Brents Mother and Sisters over his head to control his behavior or response to the embezzlement of civil class action case settlement money and 170 acres of land that rightfully belongs to him.  The threats of the type of harm they will do is credible for many reasons ...  The suspicious and untimely deaths of his Grandpa then father and his own experiences being kidnapped and jeld hostage in this matter.  After not hearing from multiple people in his family for an extensive length of time and without any reason given for thisvhe decided to follow up and check on those members where-abouts and condition, but also warn them of the potential danger and that somebody was directing threats toward them, so they would be on a higtened alert just in case.  They are ...

**Melissa Jane Vangsness-,phillips** of Long Beach, Seal Beach Rossmoore CA. A 52  year old second grade elementary school teacher.  Brent's half sister with same father.  The last time Brent saw her was in the visiting room months before the courts reversed his conviction and released him.  She stood by and supported him for 25 of 26 years then dropped off the face of the earth.  Not even a call congratulating him.  The two have not had a single arguement or disagreememt their entire adult lives.  Brent knocked on Melissa's last five known addresses with the last place resulting7 in multiple people scurrying for cover - shh ! Nobody answered the door.  After speaking with MNaughton over the phone Brent was stopped, searched, arrested, and told never to return to Seal Beach.

**Linda Lucket Vangsness** In her 70's living in Dana Point- Laguna Beach CA.  Melissa's Mother, BFV's second wife and Brent's step mom.  Brent remembers her as a very nurturing beautiful lady.  Her land line phone was disconnected.  Multiple visits to her place at odd hours trying to catch her at home failed.  Twice stopped by deputies who were in communication with McNaughton and had his agenda in mind. which was  discouraging Brent from continuing his sesrch.

**Linda Hyatt-Vangsness**  BFV's third wife of 15 years.  Brent has tried calling but no answer on cell and land line was disconnected in 2018.  The last time he spoke to her was when she called to inform him of his fathes death on 4,-22-2018.  Spokane Assessor shows document reflecting deferal of portion of vangsness ranch BFV's will has her receiving which is strange because it includes Brent and Grandpas home and essement contracts.  Also nobody has notified him of

*18*

the development and additional sales revenue beneficiaries should recieve. If we were to assume that givingvaway Brents property is or was a valid move.

The opposition succeeded inbtaking the land and acvount funds out of Brents name snd placing them im s hidden trust or estate accounts which Brent wss denied access to. Still, they had to get around Lina and Melissa at this point with Brent barely mentioned. According Grandpa and other family members neither one wanted anythingbto do with the ranch property anyway. Why then is Melissas name all over bogus land deals concerning parcells not a part of the estate? she never would have done her brother or the family that way. Whether these women are under coercive control - captive or suffered some undesrved fate must be known who is preparing to continue the searBhagain next week. They have been MIA, and completely unavailable to Brent and he has to know the true cause.

 **William Ward lll** of chino hills CA. Age 49. The lat time Brent saw him was in the visiting room at Folsom where he came in angry saying "I just found out what those _____ did to you". "Weve gotta get you out of here!"
One would think that of hebwas o.k. he would have at least called or made himself available once Bremt got out.

## BACKGROUND
### Chronology

"Grandpa" passed after living a full life at age 93 but he still had plenty of life in him. Here Brent speaks about his return to Spokane in Jan 2010 ...

    "He was still walking around pitter-patter in his cowby boots, making his own morning coffee and everything. When somebody achieves their nineties and is as healthy as most 50 year olds there's a reason for it. The Man only drank a glass of wine on special occasions and never abused a drug. He smoked of course but no lung problems. It just wasn't his time to go. An aerospace engineer who work on some famous projects for Rockwell int, Genera Dynamics. and other high tech companies such as the **space shuttle** as the forman of the crew redesigning the wing flaps and the **B29 bomber** etc. A cowboy Artist himself with a formidable collection of other famous works of oil paints and carvings. A master horseman who says My Dad taught me everything I know", "He hadn't. Thing wrong with him" says Brent who took him to the hospital in late March of 2012. "He just stopped eating for 36 hours when I became concerned and called his doctor. He simply suggested I take him to the VA emergency room and let them have a look. They couldn't find anything definitive and recommended that he stay overnight for 24 hour observation. That went on for a few days with no news and then suddenly a conference was held where Brent was out voted by a doctor and his father and wife. Not to place him in a senior home as he expected them to say like last time, but into a hospice bed on the first floor. They decided it was time to "set him out to pasture," as they say. Even though he was no trouble, paid his own way, and provided for others. He still had another ten

years in him, easily, Grandpa's attitude changed a bit after being attacked in his bedroom a year or so earlier while Brent was down visiting in studio city CA. for a long awaited Rush concert. _They said I must have fallen when I got up to use the restroom._ He said looking up sadly when Brent flew back and saw him in the hospital. But a hole made in the perimeter crawl space Brent noticed before he left that had mysteriously been dry walled over he before he returned, not to mention thelook on Grandpa's face, along with a broken shoulder, broken hip, and a purple golf ball sized knot on his forehead that said it all. This time while Grandpa was in the hospital there was pressure for Brent to leave that didnt make sense. Visiting Grandpa in the hospital 4 or 5 days a week he noticed that he always was wide awake with a smile when he arrived. Picking up on Brents stress level hev tried to reassure him not to worry, that he was taken care of no matter what. He said with a smile "I am you - you are me" Then asked "How's your horse? How's your TV?" The point was that what was Grandpa's was now Brent's including a home etc. He even confirmed it into the phone recorder and asked about the horse and t.v during subsequent visits. He always said from the time Brent wss a small boy that he would take over for him some day. But Brent just wanted things back the way they were. A week or two in hospice and he was gone. Just gone. The family patriarch, veteran. Aerospace emgineer, forman of the space shuttle wing flaps designing crew, and a 50 year shriner gone and nothing would ever be the same.  Everything changed forever for Brent and the entire family who previously had no idea how much his presence was doing for them until he was gone.

During the mourning period after Grandpa passed Brent got in the car headed for the airport then rented a new Ford edge then traveled the west. Driving gave him a chance to reflect. Until he met a girl in vegas. A few days later he siddemly felt extremely tired. His eyes opened up to find himself barring down on a telephone pole just feet away.  "Oh ____" , he said as he swerved to barely miss the pole, but before he knew it he was opening his eyes again from a crunch as he went up a curb at an angle that folded the tire underneath the car. He had not consumed any drugs or alcohol. Just went blank for some reason..  Before he could dial the number to AAA Roadside assistance an irate stranger jumped out of a red truck calling the attention of 2 security guards

  "Arrest this man or hold him until police get here... He stole that car and is wanted im five states! Ive already called the police and they are on their way", he shouted, The security guards declined to interveme.  Brent called tripple A and waited for them. When officers arrived they spent a while listening to the guy then asked to see rental information. The had him stand for a half hour immediately in front of the running engine of the cop car.  When none of the accusations panned  hey asked him to take a feild sobriety test.  When he past the first one another officer came and performed a second test.  They waited for a "specialist" they sad. to arrive on scene and the a third test was donet which he passed also, except when he pulled the pen away abruptly at the end he exvlaimed "aha! Under the influence of marijuanna!" and took him to to jail for five days. Rental car insurance company investigative report revealed Toxicity in the ventilation system.   Becko⁸ning police make an arrest while and making up a reason to justiy their involvement would become an all too familiar theme iduring the years to come. Brent just didnt recognize that this was the same guy when he returned to Spokane and his father introduced him as "Micky" his new "house guest".

Strangly, before he left Las Vegas area where he had a home Brent saw a newspaper article that showed him sitting at ground zero after the WTC collapsed with abhat on his head. The article identified him. Brent still had not made the connection between Mitchel Seacrest, who prefered the name "Mòicky" and John James McNaaughton, who liked to be called "jack" for whatever reason.

It appears that this guy Mitchell Seacrest really was the barer of bad luck for Vangsness because almost every time Brent encountered him he was telling on him in some false or misleading way that sent him to jail. From the time Micky began posing as a house guest in 2013 until Brent's father passed on 4-15-2018 Bernard Franklin Vangsness [BFV] endured one medical± condition after the next during the five years then died on April 15, 2018 from complications resultung from surgery to remlove a brain tumor. The conclusion to a long list of medical problems that began once this stranger entered their life and would not leave. Micky remains there on his ranch threatening to call 911 if Brent returns eventhough he has NO ACTUAL STAND ON THE PROPERTY OTHER THAN HIS CONNECTIONS AND ASSOCIATIONS WITH LAW ENFORCEMENT DESPITE WHETHER OR NOT THAT IS THE ALIAS NAME THEY KNOW HIM BY.   BFV went from a healthy 70 year old to the grave in just five years from the following...

- 2013 BFV had posts put in for false teeth. They got infected and had to be removed.
- He had them he them re planted after gums healed.
- 2014 left hip replacement surgery
- 2015 right hip replacement surgery
- 12/24/2016 BFV had a heart attack and a giant pacemaker put in his chest about the size of a sucrets can. It was noticeably bulging out his chest.
- During his hospital stay he was diagnosed with lung cancer.
- He went through intensive chemo-therepy for at least 8-12 weeks hoping it would go away away.
- Instead reports that his condition worsened took everyone by surprize when he was diagnosed with a brain tumor in 2017. This man suffered intensely during his final days-years.
- He died about a week after having surgury to remove the tumor from what must have been residual complications

Mitchell Seacrest "Micky" shadowed BFV and never left their home after he passed.   He was personally responsible for the domestic violence complaints and getting a trespass condition imposed upon Brent, the rightfull owner,of the property.  Manipulating the law and the justice system which includes calling upon uniformed law enforcement to do his dirty work   How can a claimed "guest" intrude that way and eliminate the owner and other family member residents without arousing suspicion.   How about when one of them starts calling it like it is and everybody just wanted to keep it hushed, or on the down-low?  The fact that some stranger was suddenly introduced as a house guest  but turned out to be an invader into his father's and his

wife's home and during that time according to records all sorts of terrible business decisions or I'll-advised land transactions were being recorded which speaks volumes. The land sales that reportedly transpired are invalid and likely never occured. The land deals were:

- Unauthorized

- Involved hundreds of thousands of dollars for property worth millions

- Despite the reported cut rate no money was ever received by Brent or any other member of his  family

- The assessors web page reflects that all the leg work and resposibilities normally handled by a broker and professionals was taken on by a 75 year old man  by himself who was severely and terminally ill with multiple disabling and life threatening medical conditions.  Not likely.

- While all this was hapening a false NCO perimeter was ordered and was being enforced by the Sheriff whose deputies warned Brent  when the first NCO was recalled but shots were fired while he walled up his dtiveway that he "will be trespassed and sent to Jail if he returns without his father present, despite whether or not there is an active NCO on file."

It would be tuff for somebody to claim that BFV somehow kept all the money cause the firm handling his estate said BFV had no bank account at the time of his death.  The man was clearly under duress due to a hostilel living situation where he was surrounded by much younger males who occupied rental units who were among the core members of the opposition.

And of course, with one of them right there in his home, the main leader Brent's Father had no peace or privacy.  Unfortunately, neither Brent nor his father had realized yet that this guy going by an alias was actually John McNaughton, the ex-FBI agent and confidential informant..  He and his son Kent and their associiate Frank Banman who goes by Dan or Dave now and provides plenty of false or misleading info on Brent.  In fact every opportunity. He and John's son Kent McNaughton were trying to convince anybody who would listen to subscribe to their false portrayals seeking revenge.   Scott McNaughton was stabbed (for drugging him up conscious and tying him up naked etc. in Hawaii).


With Brent prohibited from being on the land who was to collect all his father's effects? What about his wife Linda whom nobody has heard from since calling from the hospital.  Micky had access to all the belongings and all of the files in Brents fathers office.   This includes Identification card and ital records in addition to property deeds etc.    Brent has not been provided opportunity to pick up his belongings, western art collection oil paintings, nor his fathers effects.  Perhaps that would be dependent on decisions in the instant matter.

That guy "Mitchell Seacrest or Micky" who is doubling from appearances as "John James McNaughton or Jack" is still sitting on Brent's land with part of his group under the protection of the county sheriff just a phone call away.  Isn't it outrageous that this stranger and supposed guest who called the cops multiple times times leading to arrest is still there even with all Vangsness' folks gone?   Moreover, from that vantage he is able to virtually stalk, antagonize or provoke Brent with tattle tale accusations and smear campaigne rhetoric wherever he goes while they remain in the area that has become a compound introducing accusatory information to police in other regions/jurisdictions trying to put him away for good?  Brent never got but a side profile as he sat with the prosecutor in his 1984 trial so he didn't have much chance recognizing him.   He didn't recognize Kent or their associate from 1984 either when encountering them.; These guys actually wear disguises and change their appearances for that

August 19, 2022

Dear Court Clerk,

Enclosed is a copy of the document entitled Motion for dismissal and return of cash bail bond posted in the amount of $2,250; Declaratory and Injunctive relief .

Please stamp a copy of the cover sheet with date filed and log and email a copy vangsnessbl@mail.com

This as a petition for alternative writ or mandate ordering the lower Superior Court to grant relief or schedule the requested hearing(s), if not simply grant the requested relief per sufficiency of the facts as presented herein which plainly justify that such a ruling be made at this time

Please do not return or reject the petition due to technical formalities or make requests that petitioner may not be able to make due to adversity of conditions or return the petition without considering the legal merits. The issues are of significant personal and public interest value.

Respectfully,

Brent L. Vangsness, Petitioner

2 *9*

## IN THE CLARKE COUNTY DISTRICT COURT

IN AND FOR THE STATE OF NEVADA

IN RE:

State of Nevada,

Plaintiff.

V.

Brent Vangsness

Defendant

CASE NO _____

MOTION TO REVOKE PLEA

AND DISMISS CASE;  ELSE

HOLD PROBABLE CAUSE

HEARING AND DISMISS DUE

TO LACK OF OR ALTERNATE

CAUSE

## INTRODUCTION

Comes now the defendant in case number  who brings this matter forth under the authority of NRS. Defendant served 24 days in CCDC. He accepted a plea arrangement for attempted possession of a BB gun with an undetermined suspended sentence yet pending and an OR release.

**NRS 176.165**  states "When plea of guilty, guilty but mentally ill or nolo contendere may be withdrawn.  Except as otherwise provided in this section, a motion to withdraw a plea of guilty, guilty but mentally ill or nolo contendere may be made only before sentence is imposed or

imposition of sentence is suspended. To correct manifest injustice, the court after sentence may set aside the judgment of conviction and permit the defendant to withdraw the plea.

A probation report was ordered by the court to review prior to the expected decision on February 1, 2024 in the LVN District court.  The case was  bound over by the Justice Court to the District court on October 31, 2023.

Quite frankly, the defendant never got a chance early on to speak with an attorney to let him know there were serious problems with probable cause in this case nor was there any opportunity to discuss it even briefly with the court or prosecution before or after the court's preliminary ruling.

Secondly, the defendant made two open court contests (10/31 and 11//02) over the fact that he was being hyper-charged.  The state begins its case by over charging him with a class C felony which should not be applied when the maximum for the first offense for other less serious items within the law are reduced to gross misdemeanors for the first offense. This dishonest representation of a supposedly "dangerous and deadly weapon" gives an unfair advantage during the bargaining stage to the prosecutor who is given the upper hand that may be used for intimidation-forcing the defendant to accept a penalty that is unjust.  The tactic of ambushing oblivious tourists or visitors to a state that's very livelihood depends on attraction and the ingress-egress of citizens  from other states is ridiculous.   That's what Nevada did by criminalizing mere possession of a BB gun in their luggage or duffle bags.

On November 2, 2023 the defendant was presented  with what is sometimes referred  to as Hobson's choice. 1]  If  the defendant is unhappy with the offer and wishes to exercise his right to speedy trial or contest the matter further he will more than likely remain in jail for weeks or months with a $10,000 bail.   2] If he accepts the plea arrangement he gets to go home with an OR release but a suspended sentence that will result in anywhere from one year county time if the case is ruled a gross misdemeanor or 19 to 48 months in state prison if the court decides that it should remain a class C felony.

Even though a suspended sentence is only a potential sentence the possible consequences or risk is grossly disproportionate to the offense  of Attempted  possession of a pneumatic gun. ( or BB gun)  particularly when criminal intent is absent.

Despite the potential hazard the choice is simple for most people sitting in jail though it may not turn out to be what is in their best interest or in the interest of Justice.  A potential prison sentence of up to four years is a rather stiff penalty.  If discovered in the wrong hands a dangerous but certainly  not "deadly" weapon belonging in the same paragraph as "explosives, firearms, and machine guns" etc. described in NRS 202.350.  Certainly more people have died from misuse of common household items such as a hammer, sheet, or appliance in a bathtub without the states categorizing them as a deadly weapon class C felony. "You can put an eye out with that thing".

## STATEMENT OF FACTS

The defendant spent the early hours of October 11, 2023 on a Flix Bus heading north-east from southern California to Las Vegas Nevada. It was a fairly common trip but once again it was primarily just to Check the well being of a couple of family members. When he arrived it wasnt more than 5 to 10 minutes off the bus before he lost consciousness and subsequently awoke to multiple officers encroaching upon him with one yelling "there he is!" as a group of them exited the SUV's running directly at him grabbing his arms, placing them behind his back and in cuffs as hands began searching his person and back pack & duffle bag that was hoisted onto the hood of the SUV and searched with an undue amount of attention directed at the first item pulled out of the bag ... the brand new computer PAD he had just purchased and hadnt had a chance to try yet.   Defendant was placed in the back seat of the vehicle in hand restraints where he sat while the search of his belongings continued. At no time was he told what was going on, shown a search warrant or asked for his permission to search him or his belongings. Several minutes later he was taken to CCDC and booked.

His booking sheet revealed a warrant for DUI which was bever mentioned by police during the arrest and incidentally that arrest came about without a field test being conducted. He was accused months later and took the deal because he was once again faced with a hobson's choice where fighting the case involved more jail time than entering a no contest plea.

### GROUNDS FOR RELIEF

The defendant was told that no worse than informal misdemeanor probation would have resulted. None the less he cumulatively challenges the judgment of plea conviction based on the following:

1.] There were untold and unforeseen
consequences to the plea "deal" that defendant was not aware of until after the judge read the terms aloud. But he had just barely missed having the court Revoke his release deal revoked due to his confusion over the details and 23+ days in custody for the alleged attempted misconduct was too much already. Because the defendant did not act with a criminal mindset nor with intentional indifference to the law he should be held accountable any more than the state can for failing to post overt notices to the public region that relies on tourism ad tLas Vegas, NV does..

2.] Taking the plea was the ONLY way to secure his freedom that day and the defendant had good reason to believe that he should be released.

The potential suspended sentence between one year and 19 to 48 months is grossly disproportionate to the offense. Attempted possession of a pneumatic 3.] According to? **NRS 202.350** (2) (a) (1)

4.] NRS •contains other statutes that excuse or at least mitigate the offense such as the BB gun "was not used in the commission of a felony (I.e. burglary. Robert, etc.) and "as a land owner or agent thereof a BB gun can be legally possessed to thwart off rats, coyotes, and other vermin".

5.] Although the state's accusation of
attempted possession falls short of pointing, brandishing, or even maintaining actual possession.   It does not concede that the severity, danger or criminal intent is absent notably with the charge being dropped accordingly in the interest of justice.

6.]   Defendant is a long time resident of the west coast though he often visits family members living in Las Vegas. He lacks appreciation for the recent "Pneumatic gun" law (2015) being set into motion without conspicuous notice posted in reference to the obscure local rule. Those who are new to the state or just visiting Nevada might reasonably presume fairly uniform or nationally consistent laws are in place, particularly when concerning an Item that is considered a "toy" in some western states".

And finally, the categorization of a bb gun as a "dangerous or deadly" weapon is an exaggeration

The truth is that the state is allowing the prosecution to manipulate the situation to gain unfair tactical advantage over defendant in the plea bargaining process so that he is forced to take a deal t get out of jail and avid prison time for something in which he blacked criminal intent

**NRS 202.350** (2) (a) (1). states that for a first the defendant is guilty of no worse than a gross misdemeanor

defendant was faced with a Hobson's choice after being bound over by the lower justice court anticipating a plea agreement that  began by overcharging defendant with a felony and quite frankly provided an unfair advantage in the prosecutor's bargaining position where the defendant was faced with a Hobson's choice over a bb gun or "pneumatic gun" as it is phrased. "A dangerous or deadly weapon " no less that carries the same weight as explosives, a firearm, and machine gun in this state.

through documents resulting from an earlier episode back in April 2023 where he was stopped in his vehicle, told to step out, then placed in handcuffs and placed into the back seat of the police SUV while a search commenced of his person and vehicle again

without any permission being requested of him nor granted. The primary objective was to confiscate the defendant's car so as to take away his emergency shelter and restrict his mobility and the security or shelter provided by the vehicle which made getting to him physically more difficult than those that opposed him desired him to have. With the tow operator siding with the opposition and willing to twist the wording of the law in order to deny release of the car back to him the Defendant stood little chance. This 2002 Buick Century was the 23rd vehicle in 10 years unlawfully taken from him upon demand of the opposition. He was released from Las Vegas city jail after a nurse took a blood test but not so much as a ticket, or field sobriety test ever given him. He was not pulled over for reckless or impaired driving, so he had no idea that a DUI charge would ultimately be penciled in. Defendant took the suspended sentence DUI plea months later because it was the only way out of jail.

The 24th vehicle, a 2008 Dodge Grand Caravan with 3,3 flex fuel was taken from the defendant a couple months later in July of 2023 in San Diego Ca. using similar disregard of procedural law by the opposition as one member was disguised and dressed as a local official who simply said he was impounding the van then proceeded to search under the guise of a so called "inventory", which course took over a half hour, but failed to result in a list of contents, property, or valuables, nor a citation, ticket, or any official reason for the search and impound that began at dawn that morning.

The arrest that occurred on October 11, 2023 was not to interrupt a person committing a crime, it was not to serve a warrant upon the Defendant who had just gotten off the Flex Bus from California a moment earlier and there was no probable cause to speak of save for the C.I. who made the inadmissible accusation.

## PRAYER FOR RELIEF

Defendant respectfully requests this court's permission to revoke his plea taken on 2, 2023. It was because of the unforeseen consequences such as the potential that he could still be adjudged guilty of a class C felony and receive a suspended sentence with up to four years prison time hanging over his head, and 2.] the information he's gotten since the last court appearance in that his sentence will not include misdemeanor probation as indicated earlier by his lawyer But instead of the formal supervised type where he would have to report regularly, etc, and all the other reasons stated herein, both individually and cumulatively speaking. But this was just the "tip of the iceberg", so to speak …

Admissible evidence, in a court of law, is any testimonial, documentary, or tangible evidence that may be introduced to a factfinder. In this instance the evidence being a witness that witness was unreliable and the arrest was altogether improper as it was riddled with regional and constitutional errors

MEMORANDUM

Brent L. Vangsness.
(509) 514- 0556

IN THE SAN DIEGO MUNICIPAL COURT
FOR THE STATE OF CALIFORNIA

BRENT L VANGSNESS
Vehicle owner

**CASE NO.**_____

REQUEST FOR HEARING TO
CONTEST ILLEGAL IMPOUND
2008 DODGE GRAND CARA-
VAN WITH 3.3 LITER FLEX -
FUEL ENGINE 139K MILES
VIN NO.
**Estimated Blue Book value
$4,200-$5,00**

V.

ROAD ONE TOWING.
CITY OF SAN DIEGO.
Respondents

## INTRODUCTION

Vangsness returns Now, after not hearing anything from the court in following the first go round claimant files once again hoping for improved results. This action is based on the included sworn affidavit and supported by California Vehicle Code section 22852(a) which authorized a hearing regarding the validity of a tow and charges within 24 hours of request. He has been all but ignored thus far.   The requested hearing is the only legitimate means by which the relief he is entitled to may be sought.  He has a legally meritorious claim regarding the invalid confiscation of his vehicle.  Despite making his dissatisfaction known to everybody involved including the tow operator he was not directed to any conspicuous notice on site or provided forms explaining the rules, forms to fill out,  or any info regarding  how to contest the matter or appeal the arbitrary decision to tow his vehicle. **He wasn't even provided with a ticket or receipt stating the reason for the tow and the name of the officer responsible.** It wasn't until stumbling across a web article citing a Ca. vehicle code that he learned of the proper procedure.  Unfortunately he did not get a hearing time/date scheduled   or even a response after explaining his situation on the voice mail twice.

## Affidavit of vehicle owner

, Brent Vangsness, after swearing under oath and penalty of perjury per the laws of California
and the U. S. do certify and solemnly swear that this summarized statement is true and correct
of my own knowledge,

to those matters stated on belief which I believe to be true.

My vehicle, a 2008 Dodge Grand Caravan 3.3 liter V-6 with flex fuel had just 139,000 miles on it
and ran superbly, but was lawfully parked curbside on Saratoga St. With me resting in the back
when it was approached just before the sun came up at dawn in May.   2023

I had multiple conversations with the tow yard explaining the undue hardship or predicament I
was in due to loss of my van because it was my current shelter at the time and although I often
visit OB I didn't know anybody who would take me in even under such conditions.  I politely
emphasized that despite what they had written on their job report/invoice slip that the tow was
not legally authorized with a signature from a land owner or actual police official.  Moreover, it
was NOT illegally parked NOR was interfering with any functions or blocking traffic/fire hydrant
etc.  It was absolutely not necessary.  I took pictures of the location on Saratoga St. to verify
(attached)  **I had just purchased the vehicle in Las Vegas from a private citizen and
promptly paid for a new title in my name before leaving Nevada which I had on hand to
show.  Also, upon returning to Orange County Ca. I intended to and would have updated
the license plate and registration.  But I had the proper paperwork stating the necessary
information taped to my vehicle's front windshield passenger side.**

**There were no lights, siren, or voice on a loudspeaker commanding my attention or I
would have heard/saw something in the stillness of the predawn darkness along the
oceanfront.**

**First words out of the mouth of the guy's mouth who suddenly appeared on foot tapping
on the front windshield was "Hey, get up here I'm gonna impound your car".  There was
not another sole or running vehicle in sight .   "What could have possibly have brought
this on?"  I wondered to myself.  He then asked to search my vehicle.  I declined.  I had
not been doing anything illegal or suspicious and there was no *cause* for this intrusion.  I
was then instructed to step out of the vehicle, which I complied with despite pointing out
that there was no reason for it.   He then began searching my vehicle despite my clear
"no" to his request.  When I contested again out loud he replied.  "I'm just doing an
inventory, which didn't look like one and im the end proved not true**

The illegitimate " inventory" routine is just a gimmick used to get around the fourth amendment.
The guy spent at least 45 minutes in the van and left it in total disarray, never mentioning any of
the valuable merchandise and electronics inside, nor did he have a pen and paper to down or
prepare an inventory list. Evidenced by the lack of issuing a copy to the owner.

In fact, I didn't even get a citation or ticket to prove this was a valid encounter. **Since when does an inventory legalize a search over the motorist's objection and how can a vehicle be impounded without a citation or ticket stating the lawful reasons why the tow operator can take possession and store the vehicle without the owner's permission.**

**This matter caused the owner a great deal of hardship leaving him nearly broke on the streets without shelter and by the second day it nearly cost him his life**

It is not normal for a patrol officer to arrive on foot without his own vehicle to take on what is claimed as at most a less than urgent non moving violation? And especially not before the crack of dawn. Despite my circumspection I followed direction and stood by without any reason to believe that his was an active official acting within his scope of duty and jurisdiction.

This guy harbored a predetermined decision to impound and effectively hold or confiscate my vehicle by incurring an exceptionally high fee tally which would result in loss of my van in the end. The true motive or intention for the obscure encounter.

On July 2023 I called the court and requested a hearing per California Vehicle code, CVC) section 22852(a). On the following Monday July 2023 I placed a follow up call again leaving a message that my van was unlawfully towed and per the CVC I was entitled to a hearing to dispute the matter. I also mentioned that my van was scheduled for auction within a week or so which may require them to expedite proceedings by scheduling the hearing prior to auction so that with a positive decision my vehicle could actually be given to me instead of having to accept a replacement that was determined to be off equal value. (minus consideration for the voluminous personal property items yet remaining inside the van that would be lost) I also wrote an email to the tow operator explaining why the tow was invalid and that they were required to return my vehicle without requiring me to forfeit any fines or fees associated with the impound or storage.

The tow operator responded to orders that were not legally justified or appropriate by the individual who requested the impound. **Therefore I should not have been towed and I should not have been held financially responsible.**

**The hearing panel member(s), the court, or proper authority settling the matter must order the return of his vehicle or one of equal or greater value ASAP - plus damages, which will be proven if necessary.**

**Genuinely,**

**July. 2023**             **Brent Vangsness, Vehicle owner**

## *M E M O R A N D U M*

### *URGENT REQUEST*

To open I will spare you of the long winded formalities, although I must admit that everything seems to be a little over the top, or too much as far as this overlapping onion is concerned. Then there are major lapses in time and explanation caused by the agent's dirty hands by intentionally engaging in obstruction and conduct called "spoilage" both of which amount to unethical techniques to prevent Brent from seeking or being provided a fair and equitable hearing or any chance to recover or resolve the matter in the resolution process. The schemes are plentiful, but additionally there are multiple more sinister tactics or plans that have been tried to simply keep Brent"s voice from being heard. The main person responsible for all the voluminous harm and suffering afflicting Brent to this day has never had to answer for his outrageous immoral and illegal wrong-doings.

HOW CAN AN AGENT OR FORMER AGENTS WHO ARE KNOWN TO HAVE CAPTURED AND TORTURED PEOPLE IN THE PAST CARRY ON AS IF THEY HAD DONE NOTHING WRONG AND CONTINUE ON THREATENING MORE BARBARIC TREATMENT. THROUGH THE GOVERNMENT EQUIPMENT ROUTINELY USED TO THREATEN AND BRING TORTURE UPON BRENT VANGSNESS AND OTHER CAPTIVES. HE HAS RECENTLY STATED THAT THE THREAT OF TORTURE IS NO LONGER DEPENDANT ON WHETHER OR NOT BRENT OR ANY OTHER "TELLS" OR GOES TO AUTHORITIES COMPLAINING OF ALL THAT HAS BEEN DONE TO ELIMINATE HIM … IT IS INDEED A SHAME UPON THOSE WHO ARE CERTAINLY CAPABLE OR IT IS WITHIN THEIR MEANS TO IMPOSE THE TRUE WILL OF THE PEOPLE USING FORCE IF NECESSARY TO PREVENT THESE SERIAL OFFENDERS FROM CONTINUING ON AS THEY HAVE BEEN.

BRENT HAS TOLERATED 26 YEARS IN A CELL FOR A CRIME HE DID NOT COMMIT AS A RESULT OF THESE SHAMELESS AGENTS MOTIVATED BY GREED AND PERSONAL PROFIT WHILE TOUTING A POLITICAL PERSPECTIVE THAT SUITS THEIR AGENDA NOT GIVING A DAMN THAT THEY ARE ACTING WELL OUTSIDE THE SCOPE OF THE LAW AND DUTY. BRENT HAS ALSO BEEN TERRORIZED FOR 13 YEARS OUT HERE SINCE HIS RELEASE FROM CUSTODY. THESE ARE THE VERY SAME GUYS WHO FRAMED HIM IN THE 1984 HOMICIDE INVOLVING THE LEADER'S SON, HEIR TO A FORTUNE FROM HIS MATERNAL SIDE SVP NAMED SCOTT MCNAUGHTON.

WHEN THE COURT REVERSED BRENT'S SENTENCE-CONVICTION IN 2010 THESE AGENTS FOLLOWED HIM FROM CALIFORNIA TO SPOKANE WA. AND THERE THEY IMPLEMENTED A CHARACTER ASSASINATION SCHEME TOWARD THE COMMUNITY AND DISGUISED THEMSELVES IN APPEARANCE AND WHILE USING FICTITIOUS NAMES THEY BEGAN SQUATTING IN RENTAL UNITS RESIDENCES. LATER AFTER ENGAGING FALSE DV RESTRAINING ORDERS (NCO) OBLIGING THE SHERIFF ENFORCE PROHIBITION AGAINST BRENT SETTING FOOT IN HIS HOME OR WITH 5 BLOCKS OF HIS PROPERTY THE BEGAN CREATING A RECORD OF SALES WHICH DID NOT

COMPENSATE BRENT OR EVEN HIS FAMILY WHOSE LIKENESS OR SIGNATURE WAS USED TO FALSELY AUTHORIZE THE LAND SALES IN WHICH BRENT WAS NOT TOLD OF OR SOUGHT FOR APPROVAL. ANYWAY, I HE LIVED ALONE SINCE GRANDPA PASSED AND NEVER COMMITTED ANY DV, THREATENING BEHAVIOR OR ABUSE. HOW CAN THE DECENT'S FATHER WHO SAT AT THE D.A.'S TABLE DURING THE TRIAL AND COMMITTED ALL SORTS OF JUDICIAL TAMPERING AND FOULS OUTSIDE THE COURTROOM TO ENSURE A CONVICTION DESPITE EMPLOYMENT WITH THE FBI CONTINUE TO WAGE A PERVERTED SMEAR CAMPAIGN AND FALSE ARREST CRUSADE ENGAGING LOCAL FIELD OFFICIALS WITH ACCUSATIONS TOWARD THE SAME GUY OVER AND OVER?ª CONSTANTLY FEEDING THEM FALSE WITNESS PORTRAYALS OVER THE MEDIA WHILE SITTING ON BRENTS 170 ACRE RANCH DECADES LATER WITHOUT RAISING EYEBROWS OR CAUSING SOMEBODY TO ADDRESS THE OBVIOUS CONFLICT OF INTEREST AND OFFENSE BEING COMMITTED?

THE TERROR, COERCION, AND MORTAL HARM TO BRENT AND HIS FAMILY HAS BEEN CONSTANT LOSING BATTLE BECAUSE OF THE ADVANTAGES THE COLOR OF LAW AND GOVERNMENT EQUIPMENT OPERATION BRING TO THE OPPOSITION. WE SHOULD NOT BE EXPECTED TO DEFEND OURSELVES AGAINST SUCH A FORMIDABLE-RESOURCEFUL FACTION OF GOVERNMENT WITH ACCESS TO THE COUNTRY' WAR MACHINE WHO THROUGH A TREASONOUS HEART HAS WAGED WARE AGAINST THE CITIZENS BY TURNING THE WAR MACHINE INWARD. WE HAVEN'T HAD A CHANCE BECAUSE THESE DERANGED DHS PSYCHOPATHS WHO HIDE BEHIND THE ANONYMITY PROVIDED BY THE M.O. AND APPEAR IN DISGUISES BUT ARE TOO COWARDLY TO ADDRESS ANY ONE OF THE VANGSNESS FAMILY MEMBERS LIKE A REAL MAN.

ITS WELL PAST TIME TO ACT BUT YOU MUST STILL ACT FAST. BRENT'S YOUNGEST SISTER MELISSA WHO WAS ABDUCTED AND SCALPED ALIVE "FOR BEING TOO LOUD" THEY CLAIMED. SHE SURVIVED BUT HAS SINCE GONE MISSING (MIA) SINCE WITH THE AGENTS RESPONSIBLE DOING EVERYTHING THEY POSSIBLY CAN TO END THE SEARCH BRENT MADE FOR HER. EVEN COMPELLING FIELD OFFICIALS TO DISCOURAGE HIM USING THE SAME M.O.D. AS WHEN THEY PROVIDED PROBABLE CAUSE ACCUSATION TO INITIATE ARRESTS. LIKE IT'S NOT AN OBVIOUS COVER UP MOVE.

YES, THESE "AGENTS" WHO WERE WITH THE FBI AND JUSTICE DEPT. SUPPORT SERVICES HAVE MULTIPLE ALIAS' (AKA) NAMES AND SIMPLY WILL NOT LEAVE BRENT ALONE. IN ADDITION TO BLOCKING ACCESS TO BANK ACCOUNTS AND MONEY THAT IS RIGHTLY HIS THEY OCCUPY HIS EQUESTRIAN RANCH WHICH NOW HAS MORE THAN 1 WHICH INCLUDED HIS RESIDENCE @ 15920 W. COULEE HITE RD. SPOKANE WA. 99224. (21. 26. 41. EWM) PARCELS RANGING FROM 16211.9023 THRU 16211.9057). THE PRIMARY AGENT AND HIS FAMILY WERE ATTEMPTING TO INFILTRATE AND REPLACE BRENT'S FAMILY WITH HIS OWN AS STAND INS READY AS POSITIONS WERE FREED BY UNTIMELY DEATHS AND SINCE THE TABLE HAS BEEN TURNED TO A POINT MAKING

THIS GRUESOME SCAM APPARENT TO THE COMMUNITY A VERY PERSONAL SOCIOPOLITICAL WAR HAS BEEN WAGED AGAINST BRENT WHILE DEMANDING OFFICIALS ARREST HIM AND INCITING AND COERCING INDIVIDUALS WITHIN THE PUBLIC TO DEPRIVE OR MORTALLY INJURE HIM BY WHATEVER MEANS AVAILABLE.

GENERALLY THE SPECIFIC   INTENTION TO DENY HIM INALIENABLE RIGHTS TO HOUSING, WORK,  A MATE, AND PROCREATION  LONG THE WAY WHILE THREATENING HIS OWN AND LOVED ONE'S  WELL BEING IF HE CONTESTS OR UPSETS THE LEADERS IS KNOWINGLY INVIOLATE OF BRENT'S GOD GIVEN AND CONSTITUTIONAL RIGHT TO LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS. SPECIFICALLY TARGETING HIS QUALITY OF LIFE AND WILL TO LIVE DURING THE INTERIM. THIS PATHOLOGICAL RETALIATION IS SO INVOLVED AND PETTY... EVEN THREATENING THOSE WHO MAY BECOME INTERESTED OR FOND OF BRENT IS OUTRAGEOUS. THE EXTREMELY CRUEL AND CONTEMPTUOUS CONDUCT HAS REVEALED A TYPE OF MENTAL ILLNESS SO PERVERTED AND MALICIOUS THAT ITS A WONDER THESE AGENTS WERE EVER PLACED IN SUCH POTENTIALLY HAZARDOUS POSITIONS.  ALONG WITH THE NOW KNOWN ACTIVITY THESE GUYS HAVE DISGRACED THEIR FORMER DEPARTMENTS AND SHAME ON THE REST OF THE GOVERNMENT AND COUNTRY FOR ALLOWING PEOPLE SO TERRIBLE TO THUMB THEIR NOSE AT US AND CONTINUE ON  UNQUESTIONED WITHOUT THEM SHOWING THE SLIGHTEST REGARD FOR THE IRREPARABLE HARM AND DESTRUCTION CAUSED OUR PEOPLE AND VALUES

Brent's long standing silence has been held due to his  sister being held captive by opposition members and it being clear that these same guys had something to do with the deaths of his Grandfather and Father in Spokane Wa. Also  because he was abducted and the threats are very real or probable to Brent. He was lucky enough to get assistance during transport ending the crisis, but the threats of being tortured that have been directed at him regularly and possibly jeopardizing his sister if he makes a wrong move have crippled his resolve.

However, He has since searched for her and come up empty but his search was repeatedly interrupted by unnamed third party agents calling local authorities and convincing them to pull him aside for discouragement  counsel or threats of jail.  The same agent(s) who contacted local authorities in this matter are the ones who framed him on multiple occasions and continue to make false witness claims to field officials to engage false probable cause and arrest in an attempt to get him out of the way.  They don't want anybody to contest confiscation of bank accounts and 170 acres of property belonging to him.

He recently noticed that there are strange and unauthorized sales of land belonging to him hat have occurred since the agents initiated a false no contact order restraining him from his home and off his land. While resigned to living in his vehicles for shelter they have initiated police contact resulting in the loss of 24 vehicles since 2010.  As for land left to him by his Grandfather they have since documented a AWW which bare the signatures of his father first and then his youngest sister Melissa, which if real and not forgeries done by stand ins they were certainly

done while his father and sister were under the coercive control of these agents and certainly under duress.

The matter is complicated. But that's why something must be said before everything is covered up. The threat of torture is real and he fears he may have waited too long to help himself or my sister Melissa phillips Vangsness.   Brent can't worry about whether or not this will upset them any more. Once again, the biggest problem we face dealing with these guys is the *color of law and* their chosen mode of operation … The  government equipment upon which these agents operate and address people claiming rights and entitlements they don't legitimately have. They are foul and inhumane.  Because of this and ambiguity over who might possibly employ them officials have  stayed away from responding to the incidents though they certainly must be aware of most of them.

1.] SOMETHING MUST BE DONE TO PREVENT FURTHER ATROCITIES.  SPECIFICALLY THESE AGENTS MUST BE SEPARATED FROM THE EQUIPMENT WHICH EMPOWERS THEM.  THE COLOR OF LAW,   AND INDIVIDUAL ANONYMITY CREATE A WIDE OPPORTUNITY TO DO THINGS THEY SURELY DO NOT WANT TO ANSWER FOR OR BE ACCOUNTABLE AND PROVIDES THE WRONG DOERS WITH   THE ABILITY TO QUIET FOLKS WHO HAVE BEEN SEVERELY AND ILLEGALLY WRONGED DUE TO REPRISALS RETALIATORY ATTACKS WHICH ARE VIRTUALLY INDEFENSIBLE.

2.] MOREOVER THE JUSTICE DEPARTMENT AGENCIES IN GENERAL WHO HAVE COME TO THE AID OF THESE AGENTS MUST BE FORBIDDEN BY COURT ORDER FROM COMING WITHIN A SPECIFIC PERIMETER BETWEEN HIMSELF AND BRENT AND THOSE CLOSE TO HIM

3.]   ALL GOVERNMENT AND PRIVATE OPERATIVES MUST BE FORBIDDEN FROM DIRECTING ANY SO CALLED MONITORING OR SURVEILLANCE EQUIPMENT ON THESE PEOPLE AND THOSE WHO COME IN CONTACT WITH THEM AS THESE ACTIVITIES ARE 0 MISLEADING AND HAVE PROVEN TO BE MORE LINE WITH TARGETING FOR ATTACKS UPON THE PERSON.

4. ]   BRENT NEEDS TO VERIFY WHETHER OR NOT HIS SISTER MELISSA JANE VANGSNESS-PHILLIPS IS ALIVE AND UNDER WHAT CONDITIONS. HIS STEP MOM LINDA VANGSNESS, HIS DAD'S LAST WIFE AT THE TIME OF HIS DEATH IN 2018, LINDA HYATT, AND HIS COUSIN WILLIAM WARD III  ARE ALL
MIA AFTER BEING THREATENED.

Too much may have been said already, but not because there has been a breach of classified information, but because the complexity of the matter may have compelled too much verbiage and thus causing the main points to be lost.  Forgive me.


        Genuinely,

# M E M O R A N D U M

============================

The whereabouts of four beloved persons who have never dropped off the face of the earth in this way before is still unresolved. Three of the the four individuals are named beneficiaries and executor in the estate of Bernard Franklin Vangsness, Brent's Father which assumes control of 170 acres of prime northwest property \*NOTE\* and while denying the existence of any deceased bank account in existence there has been an account name change and fleecing of funds from Brent's 2008-2011 legal settlement which have been withheld from him the righteous owner from day one.

This is what Brent has been experiencing of late, which is orchestrated by those responsible for

1.] an ongoing smear campaign,

2.] initiating a trespass condition on the owner of a 170 acre ranch property under false pretenses when no DV or abuse ever took place and no relationship or cohabitation criteria existed, and

3.] lobbied officials in the field daily to search him and/or make an arrest

The constant harassment by these occupant's of ranch rental units who are calling police are doing so with intent to utilize them as a weapon, attempting to criminalize Brent's behavior, avoid prosecution and financial obligations to the family.

So, without opening up a can of worms too far the California situation(s) seems to be a spillover from the much larger, yet similar situation, in the northwest.    Occupant's or perpetrators attempting to strongly take advantage of deceased/MIA persons and engage a hostile takeover, though smaller form than on the ranch. Agents-Ranch occupants have been aggravating these family and   financial matters in order to disrupt attempts to "manage or right the ship",so to speak.

This is the situation in California now.  They have made a ban on Brent's follow through in the the following:

About a week ago a neighbor to his mother in law called police stating she was bothered by the presence of Brent Vangsness who had been appearing periodically to check on his mother Linda L  Vangsness @ 19 Sunbridge lane, Dana Point CA. (949) 493-6497.

She has not answered her phone or door for months of attempts in vain.

Police advise Brent to find other means of locating Ms Vangsness so not to disturb the next unit neighbor who could have been more hospitable.  Certainly Brent was polite and unassuming in their one conversation and there was no need for such drastic measures as indicated police intervention

Early this week Brent Vangsness knocked on the door to a residence @ 232 8th st. Seal Beach, CA. and couldn't help but notice the comotion and whispers about the inside quarters. On the other occasions there was NOT an answer, no shouting or message asking him to leave, but through the upper window in the door Brent could see the occupant'scrambling to hide to avoid him. Police arrived as Brent was leaving, immediately directing him to step out of the car. They stated that they were called by somebody who said he was bothering people that did not want him there.

   Brent replied that it was his third visit with never any answer at the door and that he was simply looking for his sister (the owner). The officer stated that he had spoken to his sister the day before strangely, and said that she would call if she wanted to talk to him. They proceed to run a warrant check and when one officer pointed to a piece of foil inside the inner door handle they opened and claimed there was meth, a controlled substance inside. Brent was booked/cited on the charge and for possessing a flashlight that had no working taser-stun gun ability.

Brent Vangsness states :

1.] There was no probable cause. No reason to ask him to exit or search his vehicle at all under the circumstances.

2.] They did not do a field test on the substance in foil which was not meth

3.]. The whole purpose in the unnecessary encounter was to discourage me from actively seeking my sister or claiming her property. There was favoritism or clear bias over Brent for the occupants within his absent sister's home(s).

4.]. While this quest of mine is about his sister's life and not material property matters it sure is disappointing that such support be rallied to interfere with obtaining first hand knowledge that she is alive and well. Unfortunately he just doesn't see how that could be as they have never had an argument during their adult lives and have no reason to avoid one another. Save some coercive pressure prohibiting her from meeting with him, which is very possible given the type of individuals and how they have imposed on them thus far.

The truth is that harsh or adverse responses are quite common for Brent as agents with their dirty hands in all his family's financial affairs see to it that they win all disputes. Or certainly most of the time. Brent has done an intensive search during this the final month of what has been 6 months looking for his sister, his mother in law, and cousin, after recent deaths of his mentor Grandfather in Spokane Washington and Father 5 and 2 years ago respectively. The Vangsness Family has owned a 170 acre ranch property for generations just outside the Spokane city limits and with recent deaths, disappearances and attempts to incarcerate Brent the whole of their affairs is out of whack and subjected to unauthorized acquisitions. The extremely volatile situation up north that seems to have transferred down to California and has caused Brent to become increasingly worried

First there have been verbal reports that his sister was seen up in Spokane executing matters to do with their Father Bernard Franklin Vangsness estate. It was no coincidence that Brent was taken to jail during that time. A false witness-snitch campaign to incarcerate him which we will not get into now. The issue is that it was not safe. There have been numerous threats made toward family members and follow through activities that will not be forgotten.

Get Outlook for Android

PETITIONER, IN PRO SE

6 / 10 / 24

(509) 319-0253

DEAR COURT CLERK AND HONORABLE MEMBERS OF THE DISTRICT COURT.

I, BRENT L. VANGINESS, THE PETITIONER IN THE MATTER
NOW PENDING BEFORE THIS COURT DO CERTIFY AND SOLEMNLY
SWEAR PER THE LAWS OF THE U.S. AND UNDER PENALTY OF
PERJURY THAT THE FOLLOWING INFORMATION IS TRUE AND
CORRECT OF MY OWN KNOWLEDGE EXCEPT TO THOSE MATTERS
STATED ON BELIEF WHICH I BELIEVE TO BE TRUE.

PLEASE SEND ME A COPY OF THE COVER PAGE
STAMPED WITH FILLING DATE AND LOG NUMBER AT YOUR
CONVIENENCE. [E-MAIL OR U.S. MAIL]. WHILE I
HAVE THIS OPPORTUNITY I MUST REITERATE TO YOU AND
THE HONORABLE MEMBERS OF THE U.S. DISTRICT COURT
HOW IMPORTANT IT IS THAT I RECIEVE A RULING ON THE
LEGAL MERIT OF MY REQUEST FOR PRELIMINARY RELIEF AS
SOON AS POSSIBLE AS I FIND MYSELF IN A FAMILIAR SITUATION
THAT INVOLVES VARIOUS SIGNIFICANT HAZARDS AND RETALIATORY
SETBACKS THAT CAN PREVENT ME FROM MOVING FORWARD
AS THE FLOW OF THE CASE OR COURT ORDERS DICTATE. SOMETHING
I'VE EXPERIENCED BEFORE AND (QUITE FRANKLY "THE THORN IN
MY SIDE" ALREADY AS I HAD INTENDED TO DROP THE ENCLOSED
DOCUMENTS OFF THE OTHER MORNING BUT MY BACK PACK
CONTAINING MY LEGAL FILES AND AN ORIGINAL COPY OF THE
ENCLOSED PETITION ETC. IN AN ENVELOPE ADDRESSED TO YOU HAD
VANISHED RIGHT FROM BENEATH MY NOSE AS I STOOD THERE ON

WHEN THE
PETITION AND
MEMORANDUM
WERE RETURNED
NEITHER HAD
COVER PAGE
WITH OREGON
2019 CASE?
NOW I CAN'T
FIND IT ANY
WHERE.?

THE SIDEWALK DOWNTOWN CONTEMPLATING THE DIRECTION I
SHOULD TAKE TO THE COURTHOUSE. BECAUSE I CONTEMPLATE THESE
POTENTIALLY DISASTEROUS SCENARIOS I WAS ABLE TO TAKE A COUPLE OF
DAYS THROWING TOGETHER BACK UP TO MY "BACK-UP" COPIES AND TRY
IT AGAIN. I MUST MAKE ONE SPECIAL REQUEST, HOWEVER. WOULD
IT BE TOO MUCH TO ASK THE COURT TO TAKE JUDICIAL NOTICE OF
THE EIGHT (8) HABEAS CORPUS PETITIONS CONSTRUCTIVELY FILED IN
WASHINGTON STATE SUPERIOR COURT THROUGH WA. STATE SUPREME
COURT BETWEEN THE YEARS 2014 AND 2016 THAT CONCERNED
SEPARATE INCHOATE FALSE ARRESTS PERPETRATED BY THE SAME
AGENTS WHO WERE SQUATTING ON MY LAND IN RENTAL UNITS WHO
WERE SELECTIVELY TARGETING ME WITH CONFIDENTIAL ACCUSATIONS
TO ELIMINATE THE BARRIER BETWEEN "OCCUPYING" AND TAKING
"POSESSION AND CONTROL" OF LAND THAT DID NOT/DOES NOT BELONG
TO THEM. ALTHOUGH EACH PETITION ADDRESSED THE MOST RECENT
INCHOATE FALSE ARREST INCIDENT(S) AS THE ILLEGAL CAUSE OF
RESTRAINT THEY WERE ALL GIVEN THE SAME LOG NUMBER DATING BACK
TO AUGUST 19, 2014 THEN DISCARDED AS TO ANY JUDICIAL RESPONSE
TO THE MERITORIOUS LEGAL GROUNDS EACH WAS BASED UPON.
IN ADDITION PETITIONER WOULD ALSO ASK THE COURT TO TAKE JUDICIAL
NOTICE OF EXHIBIT "E" CONSISTING OF MULTIPLE ATTEMPTS TO BE
HEARD ON MATTERS RELATED TO THESE SAME AGENTS TARGETING ME
WITHOUT ANY LEGITIMATE RESPONSE TO THE MERITS PERMITTED. THE
INDIVIDUAL MATTERS REVEAL DETAILS THE COURT MAY BE INTERESTED
IN KNOWING BEFORE GOING INTO THEIR DELIBERATIONS ON THIS PETITION.

OREGON
DISTRICT COURT
REQUESTED
AGENT/INFORMANT
NAMES
PAGE 18

MOREOVER, THE INCLUSION OF THIS INFORMATION REFLECTS THE DILLIGENT EFFORT PETITIONER HAS MADE DESPITE IMPOSSIBLE CIRCUMSTANCES AND OBSTICLES AND OFFERS SUPPORT TO HIS REASON FOR THE VOLUMINOUS ACCUMULATION OF FACTS AND INFORMATION NOW DROPPED ON YOUR DOORSTEP OR DESK. HE MAY NOT HAVE AN OPPORTUNITY TO RESPOND AGAIN OR ANSWER QUESTIONS OR CONCERNS YOU MIGHT HAVE. "NIP IT IN THE BUD" NOW WHILE HE CAN SEEMS TO BE THE WISE CHOICE. PLEASE EXCUSE ME, BUT AS LONG AS I AM SUBJECTED TO AN INSANE DEFAMATORY SURVEILLANCE CAMPAIGN ① THE ELEMENTS, ② CRIME ③ POLICE SCRUTINY AND REMAIN GENERALLY UNINFRANCHISED THE DECENT THING TO DO WOULD BE TO SUPPLY HOTEL VOUCHERS OR CONTRACT LIVING QUARTERS AS A PEREMPTORY MOTION WHILE AWAITING FURTHER ADJUDICATION. CURRENTLY EVERY SOURCE OR POTENTIAL FOR HOSPITALITY N MET WITH EXTREMIST THREATS MADE BY AGENT EQUIPMENT AND COLOR OF AUTHORITY THAT OVERWHELMS.

CIRCUMSTANCES AND CONDITION INTENTIONALLY CREATED BY THE OPPOSITION AGENTS WHO ARE STILL ON MY LAND PROTECTED BY 911 CALLS TO SPOKANE SHERIFF

CONTENTS

| SUBJECT | PAGES |
|---|---|
| PETITION | 3 |
| EXHIBITS A-D | 5 |
| VERIFICATION | 1 |
| MEMORANDUM | 9 |
| PROOF OF SERVICE | 1 |

20 PAGES

Brent Vangness

BRENTVANGSNESS5@GMAIL.COM
1308 EAST COLORADO BLVD. #282
PASADENA, CA. 91106